United States District Court
Southern District of Texas
**ENTERED**
February 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| GERARDO OVIEDO TORRES, § | |
| "Petitioner," § | |
| § | |
| v. § | |
| § | Civil Action No. 1:26-cv-00063 |
| PAMELA BONDI, *et al.,* § | |
| § | |
| "Respondents." § | |

**ORDER**

Before the Court is Petitioner's "Emergency Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"). To expedite the Court's review, Respondents are **ORDERED** to submit a response to the Petition no later than 14 days after service of these filings. Petitioner is **ORDERED** to file proof of service of the Petition as a docket entry no later than **February 12, 2026, at 5 p.m. CST.** Once Respondents are served, the Petitioner is not to be removed; his status quo is to remain "as is" pending resolution of this case.

Signed on February 2, 2026.

_____
Rolando Olvera
United States District Judge