United States District Court
Southern District of Texas

**ENTERED**

July 29, 2026

Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| GERARDO OVIEDO TORRES,<br>    "Petitioner," | § § § | |
| v. | § § | Civil Action No. 1:26-cv-00063 |
| PAMELA JO BONDI, *et al.,*<br>*in their official capacities,*<br>    "Respondents." | § § § § § | |

## ORDER

Before the Court is Respondents' "Status Report" (Dkt. No. 16) and Petitioner's "Response in Opposition to Respondents' Request to Lift the Court's Order and Toll Petitioner's Detention" (Dkt. No. 17) ("Response").

To facilitate the Court's consideration of the issues raised in the Status Report and Response, the Court will hold a telephonic conference on **August 5, 2026 at 3:00 p.m. CST**. It is further **ORDERED** that by no later than **August 4, 2026 at 5:00 PM CST**, Respondents shall file a statement with the Court disclosing:

- the country to which U.S. Immigration and Customs Enforcement ("ICE") allegedly intended to remove Petitioner and the date on which that removal allegedly was to occur;
- whether that country agreed to receive Petitioner at the time of the alleged removal;
- whether the proposed destination is a country for which Petitioner possesses protection from removal;
- what notice and opportunity, if any, Petitioner received to assert a fear of persecution or torture in that country;
- whether the U.S. Department of State received diplomatic assurances from that country and, if so, whether the Department of State issued a finding of credibility as to said assurances before the removal allegedly was to occur.

1 / 2

SIGNED this July 29, 2026

Rolando Olvera
United States District Judge