United States District Court
Southern District of Texas
**ENTERED**
August 13, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| GERARDO OVIEDO TORRES, | § | |
|    "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00063 |
| PAMELA JO BONDI, *et al.*, | § | |
| *in their official capacities*, | § | |
|    "Respondents." | § | |
| | § | |

**ORDER**

The Court previously granted Petitioner's habeas petition and kept the case open pending a status report from Respondents confirming their compliance with the Court's order. Dkt. No. 21. Because that report has been filed, Dkt. No. 22, the Clerk of the Court is hereby **ORDERED** to close this case.

SIGNED this August 13, 2026

Rolando Olvera
United States District Judge